IN THE CIRCUIT COURT OF THE 15th
JUDICIAL CIRCUIT, IN AND FOR PALM
BEACH COUNTY, FLORIDA

CIRCUIT/CIVIL DIVISION

CASE NO. 50-2008-CA-022606 XXXXMB

JUAN B. OLIVA and MIGDALIA P. OLIVA, his wife,

    Plaintiffs,

vs.

NBTY MANUFACTURING, LLC., a foreign corporation, and REXALL SUNDOWN, INC., a Florida corporation;

    Defendants.
_____/

## PLAINTIFF'S RESPONSE TO DEFENDANTS, NBTY MANUFACTURING, LLC and REXALL SUNDOWN, INC. FIRST MOTIONS FOR SUMMARY JUDGMENT DATED MAY 7, 2009

COMES NOW, Plaintiffs, JUAN B. OLIVA and MIGDALIA P. OLIVA, his wife, and hereby files this their Response to Defendants, NBTY MANUFACTURING, LLC. and REXALL SUNDOWN, INC, Motions for Summary Judgment dated May 7, 2009 stating as follows:

1. Defendant filed a Motion for Summary Judgment based upon theories as pled in Plaintiff's First Amended Complaint which have been withdrawn at this time and supersedes by the causes of action pled in Plaintiff's Second Amended Complaint.

**EXHIBIT K**

*Oliva, et ux. v. NBTY, etc., et al.*
Palm Beach County Circuit Court
Case No.

2. Plaintiff is unsure (though they asked without reply) whether Defendant intends to proceed with their First Motions for Summary Judgment based on the old Complaint and in an abundance of caution files this response.

3. The Court cannot rule on Defendant motions as Plaintiff have withdrawn those causes of action and an amended pleading that is complete in itself and that does not refer to or adopt a former pleading as a part of it supersedes the former pleading *Barnes v. Horan*, 841 So. 2d 472 (3rd DCA 2002); *State Farm Fire & Casualty v. Tippett*, 864 So 2d 31 (4th DCA 2004).

4. At a summary judgment hearing the Court can only and must only consider those issues made by the pleadings. *BSP / Port Orange LLC v. Watermill Properties*, 969 So. 2d 1072 (5th DCA 2007); *Regina v. Gingerale Corp.*, 472 So. 2d 530 (3rd DCA 1985).

5. Accordingly, it would be improper for Defendant to argue and for the Court to rule on Defendants First Motions for Summary Judgment as Plaintiff has withdrawn those causes of action and their Second Amended Complaint supersedes the first.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the above and foregoing has been provided by facsimile transmission, e-mail and U.S. Mail thereon to: Seth P. Robert, Esquire, Brown, Robert LLP, 150 N. Federal Highway, #200, Ft. Lauderdale, FL 33301; David A. Meyers, Esquire, Husch, Blackwall, Sanders LLP, 4801 Main St., #1000, Kansas

*Oliva, et ux. v. NBTY, etc., et al.*
Palm Beach County Circuit Court
Case No.

City, MO 64112; and William E. Corum, Esquire, Husch, Blackwall, Sanders LLP, 4801

Main St., #1000, Kansas City, MO 64112, on November **1 8**, 2009.

                                               GLICK LAW FIRM, P.A.
                                               Counsel for Plaintiffs
                                               2255 Glades Rd., #324-A
                                               Boca Raton, FL 33431
                                               Tel. 561/391-0448
                                               Fax 561/330-3593
                                               lawboca@aol.colm

                                               By:
                                                  Brian J. Glick
                                                  Florida Bar No. 326359

3